UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-cr-80111-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER FULLER,

    Defendant.

_____/

**ORDER DENYING MOTION FOR JUDICIAL RECOMMENDATION**

This cause comes before the Court upon Defendant Christopher Fuller's Motion for a judicial recommendation to the Bureau of Prisons that, as soon as he is eligible, he be permitted to serve the remainder of his sentence in home confinement  DE 364; *see* 18 U.S.C. § 3621(b) (listing factors for the Bureaus of Prisons to consider when making a placement determination, including any recommendation by the sentencing court).

The Court is sympathetic to the unique family and personal circumstances that Fuller discusses in his Motion and to the difficult prison conditions that he faces, especially in light of the COVID-19 pandemic.  However, Fuller only recently began serving his term of incarceration.  The Court previously recommended to the Bureau of Prisons that he be placed in a halfway house as soon as he is eligible.[1]  *See* DE 367.  Therefore, the Court defers to the Bureau of Prisons on further placement determinations for Fuller and declines to make an additional placement recommendation.  *Cf. United States v. Anderson*, No. 10-20437-CR, 2012

---

[1] Upon review of Fuller's Motion and the Government's Response, the Court became aware that it had inadvertently omitted the halfway house recommendation that it made at sentencing from the original Judgment.  *See* 350.  The Court has issued an Amended Judgment that includes its halfway house recommendation.  *See* DE 367.

WL 12893422, *1 (S.D. Fla. July 31, 2012) (noting that the Bureau of Prisons is in the best position to make a prerelease placement determination).

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant Christopher Fuller's Motion for a Judicial Recommendation [DE 364] is **DENIED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 23rd day of April, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record